UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES G. LOPEZ,<br>        Plaintiff,<br>v.<br><br>CITY OF PLAINFIELD, PLAINFIELD POLICE DEPARTMENT, JOSEPH MULLIGAN, KEVIN O'BRIEN, MARTIN HELLWIG, JOHN DOE 1-20 (OFFICERS OF PLAINFIELD POLICE DEPARTMENT) fictitious names representing a series of individuals having actual identities unknown to Plaintiff at this time,<br><br>        Defendants. | **Civil Action No. 12-cv-4976 (SRC)(CLW)**<br><br>**ORDER** |

**CHESLER**, District Judge

  This matter coming before the Court on Defendants City of Plainfield, Martin R. Hellwig, and Kevin O'Brien's motion for summary judgment [Docket Entry 66], filed on June 17, 2016; and Plaintiff James G. Lopez ("Plaintiff") having failed to file a timely opposition to this motion, by July 5, 2016; and the Court *sua sponte* having extended the time for Plaintiff to submit an opposition one motion cycle, to July 18, 2016 [Docket Entry 70]; and Plaintiff having failed to file an opposition by the new opposition deadline,

  **IT IS** on this 20th day of July, 2016,

  **ORDERED** that Defendants City of Plainfield, Martin R. Hellwig, and Kevin O'Brien's motion for summary judgment [Docket Entry 66] shall be treated as unopposed, and disposed of accordingly by the Court; and it is further

1

**ORDERED** that no further submissions related to this motion shall be accepted by the Court.

                                                                                s/ Stanley R. Chesler
                                                                              STANLEY R. CHESLER
                                                                  United States District Judge